IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALFRED ISAAC,

    Petitioner,

v.                                       CASE NO. 1:11-cv-206-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

    Petitioner, an inmate in state custody proceeding *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1.) Petitioner did not, however, file a motion for leave to proceed *in forma pauperis* or pay the filing fee. Review of Petitioner's petition, therefore, will be deferred until the $5.00 filing fee is paid or an application for leave to proceed *in forma pauperis* is submitted.

    Accordingly, it is **ORDERED:**

    1. The Clerk of Court shall forward to Petitioner an application for leave to proceed *in forma pauperis*.

    2. Petitioner shall have until **October 14, 2011** to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee.

    3. **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court**.

    **DONE AND ORDERED** this 29th day of September, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge