IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALFRED ISAAC,

    Petitioner,

v.                                                  CASE NO. 1:11-cv-206-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 8, Respondent's first motion for an enlargement of time to respond to the Petition. Upon due consideration, it is **ORDERED** that:

1. Respondent's Motion For Extension of Time to Respond to Order of October 18, 2011, Doc. 8, is **GRANTED**.

2. Respondent shall file its response **on or before March 5, 2012**.

2. Petitioner shall have until **April 4, 2012,** to file a reply, if he chooses to do so.

**DONE AND ORDERED** this 19th day of January, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge