IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALFRED ISAAC,

    Petitioner,

v.                                      CASE NO. 1:11-cv-206-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 10, Respondent's second motion for an enlargement of time to respond to the Petition. Respondent seeks a 45 day extension of time to respond to the Petition.

Upon due consideration, it is **ORDERED** that:

1. Respondent's Second Motion For Extension of Time to Respond to Order of October 18, 2011, Doc. 10, is **GRANTED**.

2. Respondent shall file his response **on or before April 20, 2012**.

3. Petitioner shall have until **May 21, 2012,** to file a reply, if he chooses to do so.

**DONE AND ORDERED** this 5th day of March, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge