IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALFRED ISAAC,

    Petitioner,

v.                                                      CASE NO. 1:11-cv-206-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This case is before the Court on Doc. 12, Respondent's third motion for an enlargement of time to respond to the Petition. Respondent seeks a 30 day extension of time to respond to the Petition from the current deadline of April 20, 2012.

Upon due consideration, it is **ORDERED** that:

1.     Respondent's Third Motion For Extension of Time to Respond to Order of October 18, 2011, Doc. 12, is **GRANTED**.

2.     Respondent shall file his response **on or before May 21, 2012**.

3.     Petitioner shall have until **June 20, 2012,** to file a reply, if he chooses to do so.

**DONE AND ORDERED** this 19th day of April, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge