IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALFRED ISAAC,

    Petitioner,

v.                                CASE NO. 1:11-cv-206-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 16, Petitioner's Motion To Compel And Oppose Further Extensions. Petitioner seeks an order compelling the Respondent to file a response to the Petition. Respondent filed a response to the Petition on May 16, 2012 (Doc. 14) and, therefore, the motion is moot.

Accordingly, upon due consideration, it is **ORDERED**:

Petitioner's Motion To Compel And Oppose Further Extensions, Doc. 16, is **DENIED AS MOOT.**

**DONE AND ORDERED** this 4th day of June, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge