IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALFRED ISAAC,

    Petitioner,

v.                                          CASE NO. 1:11-cv-206-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 20, Petitioner's motion for an enlargement of time to file a Reply and for a copy of the Response. Petitioner advises the Court he never received a copy of the Response (Doc. 14) and therefore he is unable to prepare his Reply. The Court will order the Clerk to send Petitioner a copy of the Response, without the accompanying exhibits, and will give Petitioner a 30 day extension of time to file his Reply.

Upon due consideration, it is **ORDERED** that:

1. Petitioner's Motion For An Enlargement of Time To File His Reply, Doc. 20, is **GRANTED**.

2. Petitioner shall have until **July 20, 2012** to file a reply.

3. **The Clerk** is directed to print and send Petitioner a copy of the Response (Doc. 14) without the accompanying exhibits.

**DONE AND ORDERED** this 19th day of June, 2012.

                                                       *s/ Gary R. Jones*
                                                       GARY R. JONES
                                                       United States Magistrate Judge