IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ALFRED ISAAC,

      Petitioner,

v.                                                                    1:11cv206–WS/GRJ

SECRETARY, FLORIDA DEPT.
OF CORRECTIONS,

      Respondent.

_____


ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation

docketed July 18, 2014.  See Doc. 26.  The magistrate judge recommends that the

petitioner's petition for writ of habeas corpus be denied.  The petitioner has filed no

objections to the report and recommendation.

     This court having reviewed the magistrate judge's report and

recommendation, it is ORDERED:

     1.  The magistrate judge's report and recommendation (doc. 26) is hereby

ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3.  The clerk shall enter judgment stating: "All claims against the respondent are dismissed."

4.  A certificate of appealability shall not issue.

DONE AND ORDERED this ___3rd___ day of ____September____, 2014.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE